UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:05 CR 44 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID GARNER, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

    This matter was before the court on March 3, 2022, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant David Garner was present and represented by Assistant Federal Public Defender Edward Bryan.  The United States was represented by Assistant United States Attorney Bryson Gillard. The Pretrial Services and Probation Office was represented by Nathaniel Colbert. The court reporter was Sarah Nageotte. The defendant admitted to Supervised Release Violations 1, 2, 4 and 5 as set forth on the record, and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.  The government moved to dismiss Violation 3, which the court granted. Further, the court adopts the Report and Recommendation of Magistrate Judge Baughman.

    IT IS ORDERED that Defendant's supervision is revoked. Defendant is committed to the custody of the Bureau of Prisons for a period of five months, with credit for time served. No term of supervised release shall follow. Defendant was advised of his right to appeal.

    IT IS SO ORDERED.

                                                                             /s/*SOLOMON OLIVER, JR.*
                                                                             UNITED STATES DISTRICT JUDGE

March 8, 2022